AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Suko, Lonny R. | U.S. District Court, EDWA | 04/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 2726
Yakima, WA 98907-2726

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Council Member (non-compensated) | University of Idaho College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Part-time self employment as guardian ad litem and expert witness. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank, (Accounts) | A | Int./Div. | L | T | | | | | |
| 2. Raleigh Energy Corp. (X) | | None | J | W | | | | | |
| 3. US Bank, (Account) | A | Interest | L | T | | | | | |
| 4. Union Elevator & Warehouse Company (Stock) | A | Dividend | | | Sold | 9/9/11 | J | D | |
| 5. American Express Bond Fund | A | Interest | K | T | | | | | |
| 6. Real property in Yakima, WA held with others | E | Rent | M | W | | | | | |
| 7. Northwestern Mutual Life Insurance Company | B | Int./Div. | K | T | | | | | |
| 8. Wells Fargo Advisors (Accounts); formerly Wachovia | A | Int./Div. | K | T | | | | | |
| 9. Hapo Community Credit Union (Accounts) | B | Interest | M | T | | | | | |
| 10. Management Acct. #1 | | | | | | | | | |
| 11. -POWERSHARES DB PREC MTLS | | | | | Sold (part) | 09/23/11 | L | E | |
| 12. | | | | | Buy | 11/22/11 | K | | |
| 13. | | None | K | T | Buy | 12/30/11 | K | | |
| 14. -ISHARES BARCLAYS TIPS BD FD | | | | | Buy | 11/22/11 | J | | |
| 15. | A | Dividend | L | T | Buy | 12/30/11 | K | | |
| 16. -IPATH GOLDMAN SACHS CRUD OIL (X) | | None | | | Sold | 02/10/11 | J | | |
| 17. -ISHARES TR IVV | | | | | Buy | 02/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/04/11 | L | C | |
| 19. | | None | L | T | Buy | 11/01/11 | K | | |
| 20.   -VANGUARD EMRG MKTS ETF | | None | | | Sold | 08/04/11 | K | | |
| 21.   -STADION MANAGED ETFFX | | None | | | Sold | 12/29/11 | M | | |
| 22.   -ISHARES BARCLAYS CSJ | | None | M | T | | | | | |
| 23.   -SPDR DOW JONES INDL ETF DIA | A | Dividend | | | Sold | 08/04/11 | L | C | |
| 24.   -ISHARES INV GR BOND ETF (X) | A | Dividend | | | Sold | 02/15/11 | K | | |
| 25.   -ISHARES BARCLAYS ETF SHY | A | Dividend | K | T | | | | | |
| 26.   -BARCLAYS IPATH LNKD ETN DJP | | | | | Buy | 02/17/11 | J | | |
| 27. | | | | | Buy | 02/24/11 | J | | |
| 28. | A | Dividend | | | Sold | 12/29/11 | K | | |
| 29.   -I SHARES SILVER TR ETF SLV | | | | | Buy | 02/24/11 | J | | |
| 30. | | None | | | Sold | 12/29/11 | J | | |
| 31.   -PWERSHRS DB BASE ETF UUP | | None | K | T | Buy | 12/30/11 | K | | |
| 32.   -VANGUARD TOTAL BOND ETF BND | | None | K | T | Buy | 12/30/11 | K | | |
| 33.   -WISDOMTREE L/C DVD FD DLN | | None | K | T | Buy | 12/30/11 | K | | |
| 34.   -ISHARES IBOXX INV ETF LQD | | | | | Buy | 11/22/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | None | L | T | Buy | 12/30/11 | J | | |
| 36.    IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 37.    -POWERSHARES DB PREC MTLS. | | | | | Buy | 02/17/11 | K | | |
| 38. | | | | | Sold (part) | 09/23/11 | M | E | |
| 39. | | | | | Buy | 11/22/11 | K | | |
| 40. | | None | L | T | Buy | 12/30/11 | K | | |
| 41.    -ISHARES BARCLAYS TIPS BD FD | A | Dividend | M | T | Buy | 12/30/11 | K | | |
| 42.    -IPATH GOLDMAN SACHS CRUD OIL (X) | | None | | | Sold | 02/10/11 | K | | |
| 43.    -ISHARES BARCLAYS ETF SHY | A | Dividend | L | T | | | | | |
| 44.    -ISHARES TR IVV | | | | | Buy | 02/17/11 | L | | |
| 45. | | | | | Sold (part) | 08/04/11 | L | C | |
| 46. | | None | L | T | Buy | 11/01/11 | L | | |
| 47.    -STADION MANAGED ETFFX | | | | | Buy | 01/04/11 | J | | |
| 48. | | None | | | Sold | 12/29/11 | M | | |
| 49.    -ISHARES BARCLAYS CSJ | | None | M | T | | | | | |
| 50.    -SPDR DOW JONES INDL ETF DIA | | None | | | Sold | 08/04/11 | K | B | |
| 51.    -ISHARES INV GR BOND ETF LQD (X) | A | Dividend | | | Sold | 02/15/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -VANGUARD MSCI EMERGING VWO | | None | | | Sold | 08/04/11 | K | | |
| 53. -ISHARES IBOXX INV ETF | | | | | Buy | 11/22/11 | M | | |
| 54. | | None | M | T | Buy | 12/30/11 | K | | |
| 55. -POWERSHARES DB ETF DBP | | None | L | T | Buy | 11/22/11 | L | | |
| 56. -VANGUARD TOTAL BOND ETF BND | | None | L | T | Buy | 12/30/11 | L | | |
| 57. -WISDOMTREE L/C DVD FD | | None | K | T | Buy | 12/30/11 | K | | |
| 58. -POWERSHARES DB BASE ETF UUP | | None | K | T | Buy | 12/30/11 | K | | |
| 59. IRA #2 | A | Int./Div. | L | T | | | | | |
| 60. -POWERSHARES DB PREC MTLS. | | | | | Buy | 02/17/11 | J | | |
| 61. | | | | | Sold (part) | 09/23/11 | J | C | |
| 62. | | | | | Buy | 11/22/11 | J | | |
| 63. | | None | J | T | Buy | 12/30/11 | J | | |
| 64. -ISHARES BARCLAYS TIPS BD FD | A | Dividend | J | T | | | | | |
| 65. -IPATH GOLDMAN SACHS CRUD OIL (X) | | None | | | Sold | 02/10/11 | J | | |
| 66. -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND (X) | A | Dividend | J | T | | | | | |
| 67. -ISHARES TR IVV | | | | | Buy | 02/17/11 | J | | |
| 68. | | | | | Sold (part) | 08/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | None | J | T | Buy | 11/01/11 | J | | |
| 70. -STADION MANAGED ETFFX | | | | | Buy | 01/04/11 | J | | |
| 71. | | None | | | Sold | 12/29/11 | K | | |
| 72. -ISHARES BARCLAYS CSJ | | None | J | T | | | | | |
| 73. -SPDR DOW JONES INDL ETF DIA | | None | | | Sold | 08/04/11 | J | A | |
| 74. -ISHARES INV GR BOND ETF LQD (X) | A | Dividend | | | Sold | 02/15/11 | J | | |
| 75. -VANGUARD MSCI EMERGING VWO | | None | | | Sold | 08/04/11 | J | | |
| 76. -ISHARES BARCLAYS ETF SHY | | None | J | T | | | | | |
| 77. -ISHARES IBOXX INV ETF | | | | | Buy | 11/22/11 | K | | |
| 78. | | None | K | T | Buy | 12/30/11 | J | | |
| 79. -POWERSHARES DB ETF DBP | | None | J | T | Buy | 11/22/11 | J | | |
| 80. -WISDOMTREE L/C DVD FD | | None | J | T | Buy | 12/30/11 | J | | |
| 81. -POWERSHARES DB BASE ET UUP | | None | J | T | Buy | 12/30/11 | J | | |
| 82. -BARCLAYS IPATH LNKD ETN | | None | J | T | Buy | 12/30/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Page 4, line 2: Stock believed worthless, not subject to future listing.

2. Page 4, line 16: Stock inadvertently listed as sold in 2010 report; should have been listed as "part-sale."

3. Page 5, line 24: Stock inadvertently listed as sold in 2010 report; should have been listed as "part-sale."

4. Page 6, line 42: Stock inadvertently listed as sold in 2010 report; should have been listed as "part-sale."

5. Page 6, line 51; Stock inadvertently listed as sold in 2010 report; should have been listed as "part-sale."

6. Page 7, line 65; Stock inadvertently listed as sold in 2010 report; should have been listed as "part-sale."

7. Page 7, line 66; Stock inadvertently listed as sold in 2010 report; should have been listed as "part-sale."

8. Page 8, line 74; Stock inadvertently listed as sold in 2010 report; should have been listed as "part-sale."

9. The investment fund shares listed in part VII and held at the end of 2010 are listed in the same order for 2011 together with any new purchases/sales thereof. The investment fund shares not owned at the end of 2010 but acquired during 2011 follow. In some cases, investments sold in their entirety during 2010 may have been acquired in 2011 in which event those purchases/sales are listed later in the report.

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lonny R. Suko**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544